"O"

FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DONALD GRECO,

    Petitioner,

v.

JOSEPH K. WOODRING,

    Respondent.

Case No. CV 08-832 GHK (AN)

ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*.

    IT IS ORDERED:

    1.    The Report and Recommendation is approved and adopted.

    2.    Judgment shall be entered dismissing the Petition as moot.

    IT IS FURTHER ORDERED that the clerk shall serve a copy of this Order and the Judgment on all counsel or parties of record.

DATED: 6/30, 2008

GEORGE H. KING
UNITED STATES DISTRICT JUDGE