Enter / JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DONALD GRECO, | ) | Case No. CV 08-832 GHK (AN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOSEPH K. WOODRING, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the Petition is dismissed as moot for the reasons set forth in the related Magistrate Judge's Report and Recommendation.

Dated: 6/30, 2008

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY